**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6653**

TYQUON A. FEIMSTER,

Plaintiff - Appellant,

v.

LIEUTENANT MORROW, Ms.; SERGEANT WILLIAMS, Ms.; CORPORAL LIGHTFOOT, Mr.,

Defendants - Appellees,

and

JOE BARRON, Mr., Sheriff,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:19-cv-00046-LO-MSN)

Submitted: October 4, 2019                    Decided: October 22, 2019

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tyquon A. Feimster, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyquon A. Feimster appeals the district court's order dismissing his action for noncompliance with a court order requiring him to return a form consenting to the collection of installment payments for a filing fee, from his inmate trust account. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Feimster's informal brief does not challenge the basis for the district court's disposition, Feimster has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment and deny Feimster's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*